IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL ROY LEE,

    Plaintiff,

v.                                                                     CV No. 20-1047 RB/CG

CENTRAL NEW MEXICO
CORRECTIONAL FACILITY, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* in connection with Plaintiff's handwritten complaint pursuant to 42 U.S.C. § 1983, (Doc. 1). Plaintiff's complaint reflects that he is being held at the Central New Mexico Correctional Facility in Los Lunas, New Mexico. *Id.* However, the record indicates that certain mailings to Plaintiff were returned as undeliverable with the notation "Released." *See* (Doc. 3). It appears that Plaintiff has been transferred or released from custody without providing a new address, as required by D.N.M. LR-Civ. 83.6.

The Court will require Plaintiff to notify the Clerk of his new address or show cause why this action should not be dismissed without prejudice. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure . . . The same is true of simple, nonburdensome local rules.") (citations omitted). Failure to timely comply will result in dismissal of the action.

**IT IS THEREFORE ORDERED** that by no later than **November 27, 2020**, Plaintiff shall notify the Clerk in writing of his current address or show cause why this

action should not be dismissed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE